**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: MELODY L. LARK, <br><br> Debtor. <br><br>———————————————— <br><br> MELODY L. LARK, <br><br> Appellant, <br><br> v. <br><br> BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY OFFFICE OF THE GENERAL COUNSEL, <br><br> Appellee. | No. 10-60020 <br><br> BAP No. 09-1239 <br><br> MEMORANDUM[*] |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Montali, Pappas, and Markell, Bankruptcy Judges, Presiding

Submitted September 27, 2011[**]

Before:    SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

———————

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Melody L. Lark appeals pro se from the decision of the Bankruptcy Appellate Panel affirming the bankruptcy court's determination of the non-dischargeability of Lark's student loans under 11 U.S.C. § 523(a)(8). We have jurisdiction under 28 U.S.C. § 158(d). We review de novo, *Rifino v. United States (In re Rifino)*, 245 F.3d 1083, 1087 (9th Cir. 2001), and we dismiss.

We cannot review Lark's challenge to the bankruptcy court's oral determination of the non-dischargeability of her student loans because Lark failed to include the relevant transcripts in the record on appeal as required by Fed. R. App. P. 10(b)(2). *See Syncom Capital Corp. v. Wade*, 924 F.2d 167, 169-70 (9th Cir. 1991) (per curiam) (dismissing appeal for appellant's failure to provide a transcript).

**DISMISSED.**